# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELY VILLAVICENCIO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MISSION FEDERAL SERVICES, LLC D/B/A MISSION FEDERAL CREDIT UNION<br><br>Defendant, | Case No.: 3:22-cv-00811-JO-DEB<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

CASE NO.: 3:22-cv-00811-JO-DEB                                         *Villavicencio v. Experian, et al.*
[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL

1  Having considered Plaintiff Emely Villavicencio and Defendant Experian
2  Information Solutions, Inc., joint motion to dismiss this action pursuant to Federal
3  Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the Joint Motion
4  and orders the action dismissed in its entirety, with prejudice. Each party shall bear
5  their own fees and costs.

8  IT IS SO ORDERED.

11 Dated: 2/27/23, 2023          By: _____
12                                    Hon. Jinsook Ohta
13                                    U.S. District Court Judge